526 A.2d 356

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

**v.**

**Richard Darryl GILCHRIST, Respondent.**

**No. 579 Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

May 29, 1987.

## ORDER

AND NOW, this 29th day of May, 1987, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 11, 1987, it is hereby

ORDERED that Richard Darryl Gilchrist be and he is suspended from the Bar of this Commonwealth for a period of four months, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that re-

spondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.